No. 69220.—Max Eckardt & Sons Ornament Corp. v. United States, protest 59/4476 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.

No. 69221.—Fleming Joffe, Ltd. v. United States, protests 63/8901 and 63/8904 (New York).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the applicable customs regulations have been complied with establishing that 5,478.50 feet of leather, covered by entry 486851, and 1,012.50 feet of leather, covered by entry 483763, are, in fact, used in the manufacture of boots, shoes, or other footwear, the claim of the plaintiff was sustained.